167 So.2d 302

George A. KOSPELICH, Ind., etc., et al.

v.

NEW AMSTERDAM CASUALTY COMPANY and Mrs. Leonard Roppolo.

No. 47374.

Sept. 28, 1964.

In re: George A. Kospelich, etc., et al. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 164 So.2d 68.

The application is denied. The judgment complained of is correct.

167 So.2d 302

Mrs. Ethel Clements CARONA et al.

v.

SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.

No. 47375.

Sept. 28, 1964.

In re: Mrs. Ethel Clements Carona et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 164 So.2d 138.

Writ refused. On the facts found by the Court of Appeal the result is correct.